UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAREY,<br>　　　　　Plaintiff,<br>　　v.<br>UNKNOWN,<br>　　　　　Defendant. | Case No. 22-cv-04204-PJH<br><br>**ORDER OF DISMISSAL** |

　　This case was opened when plaintiff wrote a letter to the court regarding prison conditions. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

　　The twenty-eight days has passed, and plaintiff has not filed a complaint, an IFP application, or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. No fee is due.

　　**IT IS SO ORDERED.**

Dated: August 23, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Phyllis J. Hamilton_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge